95 A.3d 863

The SCHOOL DISTRICT OF PHILADELPHIA, Petitioner

v.

DEPARTMENT OF EDUCATION and Walter D. Palmer Leadership Learning Partners Charter School, Respondents.

No. 80 EM 2014.

Supreme Court of Pennsylvania.

July 3, 2014.

## ORDER

**AND NOW,** this 3rd day of July, 2014, in consideration of the Statement of Costs, costs are taxed in favor of Petitioner/Appellant, The School District of Philadelphia, against Respondent Walter D. Palmer Leadership Learning Partners Charter School limited to the amount of four hundred eighty-five dollars and fifty-two cents ($485.52). Costs calculated as follows:

Bill of Costs filing fee ......... $53.50
Supreme Court Brief(s)/Record   $432.02

Total: ............. $485.52